**Louis GENDLER v. John L. ZURBRICK, United States District Director of Immigration.**

No. 6756.

Circuit Court of Appeals, Sixth Circuit. April 10, 1934.

Levin, Levin & Dill, of Detroit, Mich., for appellant.

Gregory H. Frederick, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed upon stipulation.

■

**Harry O. GLASSER et al. v. B. P. BRUMMITT et al.**

No. 1018.

Circuit Court of Appeals, Tenth Circuit. April 9, 1934.

Harry O. Glasser, of Enid, Okl., for appellants.

D. W. Eaton, of Wichita, Kan., for appellees.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed April 9, 1934, with prejudice, on motion of appellants.

■

**GRASS CREEK OIL & GAS COMPANY v. M. S. REYNOLDS, Former Collector of Internal Revenue for the District of Wyoming.**

No. 1072.

Circuit Court of Appeals, Tenth Circuit. April 24, 1934.

Durham & Bacheller, of Casper, Wyo., for appellant.

Carl L. Sackett, U. S. Atty., of Cheyenne, Wyo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

■

**HARDING GLASS CO. et al., Appellants, v. TWIN CITY PIPE LINE CO. et al.**

No. 9364.

Circuit Court of Appeals, Eighth Circuit. April 30, 1934.

Joseph R. Brown and James B. McDonough, both of Fort Smith, Ark., for appellants.

Harry P. Daily and John P. Woods, both of Fort Smith, Ark., for appellees.

PER CURIAM.

Appeal dismissed with costs, per stipulation of parties.